[No. 13678-0-I. Division One. January 15, 1986.]

WILLAMETTE-GENERAL-MANSON, *Appellant,* v. JOHN A. CARLSON ELECTRIC COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-05081-4, Robert M. Elston, J., entered July 13, 1983. *Reversed* by unpublished opinion per Corbett, C.J., concurred in by Williams and Coleman, JJ.

[No. 13797-2-I. Division One. January 15, 1986.]

WILLIE J. PURDMON, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-01028-6, Murray McLeod, J. Pro Tem., entered September 23, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Grosse, JJ.

[No. 14040-0-I. Division One. January 15, 1986.]

DONALD W. FROUNFELTER, JR., *as Personal Representative, Appellant,* v. INDUSTRIAL MINERALS PRODUCTS, INC., *Defendant,* EARL SCOTT, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-05852-1, Frank D. Howard, J., entered November 2, 1983. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Swanson and Grosse, JJ.